UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN THOMPSON BEY,

        Plaintiff,        CIVIL ACTION NO. 07-CV-10919

vs.

                            DISTRICT JUDGE DAVID W. LAWSON

RICHARD STAPLETON, et al,    MAGISTRATE JUDGE MONA K. MAJZOUB

        Defendants.
_____/

## ORDER FOR DEFENDANTS' COUNSEL TO PROVIDE INFORMATION REGARDING IDENTITY OF DEFENDANT L. MCMILLIAN

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. This Court earlier ordered Plaintiff to provide further information regarding Defendant L. McMillian, an MDOC hearing investigator, because the Michigan Department of Corrections could not identify this Defendant. (Docket no. 42). Plaintiff provided further information. (Docket no. 43). Defendants' counsel is therefore directed to review Plaintiff's further information and advise the Court whether this Defendant may be identified so that service of process may be effected upon him.

**IT IS THEREFORE ORDERED** that Defendants' counsel advise the Court on or before October 24, 2008 whether Defendant L. McMillian may be identified, and if so, provide the Court with an address, filed under seal, at which this Defendant may be served.

## NOTICE TO PARTIES

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

Dated: October 16, 2008      s/ Mona K. Majzoub
                                          MONA K. MAJZOUB
                                          UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

I hereby certify that a copy of this Order was served upon John Thompson Bey and Counsel of Record on this date.

Dated: October 16, 2008      s/ Lisa C. Bartlett
                                          Courtroom Deputy